No. 02–11217. ELLIOTT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11218. MACK *v.* HOLT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11219. MABRY *v.* SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11220. JONES *v.* BLAINE ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11221. JONES *v.* BERBARY, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–11222. DAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11223. WILLIAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11224. REYES *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 02–11225. SAAVEDRA-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11226. BURNS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11227. BANDA-VASQUEZ, AKA BANDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–11228. BUCHANAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–11229. AYERS *v.* BRUSNAHAN. Ct. App. Ohio, Lorain County. Certiorari denied.

No. 02–11230. BROADNAX *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11231. BERAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–11233. BARNETT *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.